| | | |
|---|---|---|
| **TERRELL GREEN,** | **\*** | **NO. 2022-CA-0384** |
| **AARONIKA JOHNSON AND** | | |
| **ROSHAWN NOBLES** | **\*** | **COURT OF APPEAL** |
| | | |
| **VERSUS** | **\*** | **FOURTH CIRCUIT** |
| | | |
| **CANAL INSURANCE** | **\*** | **STATE OF LOUISIANA** |
| **COMPANY, DELTA** | | |
| **TRUCKING LLC AND LEROY** | **\*** | |
| **MOORE** | | |
| | **\*** | |

**\* \* \* \* \* \* \***

*JCL*      **LOBRANO, J., CONCURS IN THE RESULT**